UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

D-1 GHAZI MANNI, et al.,

        Defendants.
_____/

CRIMINAL ACTION
NO. 09-CR-20192

HON. JULIAN ABELE COOK

## STIPULATION FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY

In accordance with decisions made by the Court and the parties at the status conference held on February 11, 2013, the parties through their respective counsel stipulate and agree that a pretrial conference will be held at 1:00 p.m. on June 18, 2013, and that trial will commence at 8:30 a.m. on July 2, 2013.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties stipulate that the extended time period from February 11, 2013 until the trial begins on July 2, 2013, shall constitute excludable delay and that the ends of justice served by this delay outweigh the best interests of the defendants and the public in a speedy trial. The parties agree that the delay until trial is necessary for the following reasons: (1) as

a result of factors previously explained to the Court in chambers, trial preparation has been hampered on both sides; (2) a trial conflict has arisen involving an attorney for one of the defendants; (3) the discovery in the case is voluminous and the defendants require additional time to complete their review of the discovery materials in order to: (a) consider, prepare, and file pretrial motions; (b) evaluate their need for expert defense witnesses; (c) consider and conduct plea negotiations, and; (d) to adequately prepare for a lengthy trial.

**IT IS SO STIPULATED**.

BARBARA L. McQUADE
United States Attorney

s/David E. Morris
DAVID E. MORRIS (P61451)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Dave.Morris@usdoj.gov
Telephone: (313) 226-9646

s/Saima Mohsin
SAIMA MOHSIN (P73990)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Saima.Mohsin@usdoj.gov
Telephone: (313) 226-9163

s/Neil H. Fink with consent
NEIL H. FINK (P13430)
Attorney for Ghazi Manni
185 Oakland Avenue, Suite 250
Birmingham, MI 48009
Telephone: (248) 258-3181
Dadcoach23@aol.com


s/Ray E. Richards II with consent  
RAY E. RICHARDS II (P56972)  
Attorney for Keith Triplett  
29488 Woodward Avenue, Suite 444  
Royal Oak, MI 48073  
Telephone: (248) 962-0700  
Rayrichardsesq@gmail.com  

s/Martin E. Crandall with consent  
MARTIN E. CRANDALL (P26824)  
Attorney for Anton Currie  
Clark Hill PC  
500 Woodward Avenue, Suite 3500  
Detroit, MI 48226  
Telephone: (313) 965-8413  
mcrandall@clarkhill.com  

s/Stevin J. Groth with consent  
STEVIN J. GROTH  
Attorney for Kashif Payne  
416 N. Erie Street, Suite 100  
Toledo, OH 43604  
Telephone: (419) 930-3030  
stevingroth@hotmail.com  

Dated: February 15, 2013.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 09-CR-20192 |
| Plaintiff, | |
| | HON. JULIAN ABELE COOK |
| D-1 GHAZI MANNI, et al., | |
| Defendants. | |
| _____/ | |

### ORDER FOR CONTINUANCE OF TRIAL DATE AND FINDING OF EXCLUDABLE DELAY

Upon this Court's consideration of the parties' stipulation for a continuance and the Court being apprised of the circumstances, IT IS ORDERED that a pretrial conference will be held at 1:00 p.m. on June 18, 2013, and that trial will commence at 8:30 a.m. on July 2, 2013.

**IT IS FURTHER ORDERED** that the time period between the pretrial conference held on February 11, 2013, and the trial to be held on July 2, 2013, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, because considering the factors listed in section 3161(h)(7)(B) and the reasons given by the parties this Court finds that the ends of justice served by this delay outweigh the best interests of the defendants and the public in a speedy

trial.

      **IT IS SO ORDERED**.

Date: March 1, 2013

                                                            s/Julian Abele Cook, Jr.
                                                            JULIAN ABELE COOK, JR.
                                                            United States District Judge